

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:             01-18-00407-CV

Trial Court Cause
Number:                   2018-10478

Style:                    San Jacinto River Authority

                          **v** Vicente Medina, Ashley Medina and Aris Antoniou

Date motion filed*:       December 19, 2018

Type of motion:          motion for extension of time

Party filing motion:     appellant

Document to be filed:    motion for rehearing and en banc reconsideration

Is appeal accelerated? ☒ Yes   ☐ No

If motion to extend time:

    Original due date:                    December 19, 2018

    Number of previous extensions granted:   0

    Date Requested:                       30 days

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: **January 18, 2019**

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: */s/ Michael Massengale*
        ☐ Acting individually    ☒ Acting for the Court

Panel consists of:   Justices Jennings, Higley, and Massengale

Date: December 20, 2018